Rose Morganthaler, et al., *Plaintiffs in Error*, vs. Edward J. Holl, *Defendant in Error.*

En Banc.

Per Curiam.—This is a companion case to that between the same parties known in the lower court as Case No. 1196, opinion and judgment in which were filed in this Court this day.

It is, therefore, ordered, that the judgment in this case known as Case No. 1197 in the lower court, be reversed on authority of the opinion in the case of Rose Morganthaler, et al. vs. Edward J. Holl, supra.

Reversed.

Buford, C.J., and Whitfield, Ellis, Terrell, Brown and Davis, J.J., concur.